UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 20-60567-CIV-MORENO

AEDEN EVERETT MICHAEL BRADDOCK,

        Plaintiff,

vs.

ANDREW SAUL, Commissioner of Social Security,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jared M. Strauss, United States Magistrate Judge, for a Report and Recommendation on Cross Motions for Summary Judgment, filed on **November 20, 2020 and December 21, 2020**. The Magistrate Judge filed a Report and Recommendation **(D.E. 29)** on **July 19, 2021**. The Court has reviewed the entire file and record. Objections were due August 2, 2021. The Court has made a *de novo* review of the issues and there being no objections to the Magistrate Judge's Report and Recommendation, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jared M. Strauss's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion for Summary Judgment is **DENIED** and Defendant's Motion for Summary Judgment is **GRANTED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd of August 2021.

                      FEDERICO A. MORENO
                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jared M. Strauss

Counsel of Record